

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00835-CV

Laura **LUNA**,
Appellant

v.

Samuel **LUNA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI00782
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER that no costs be assessed against appellant in relation to this appeal. TEX. R. APP. P. 20.1(b).

SIGNED August 13, 2025.

_____
Lori Massey Brissette, Justice